■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO RANNO, Appellant. [598 NYS2d 258] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered April 5, 1990, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the first degree, and sentencing him to a term of 20 years to life, unanimously affirmed.

In view of defendant's salesmanlike behavior in counting the money, arranging the sale price, and taking a profit, no reasonable view of the evidence would support a finding that he was acting as an agent of the buyer, and his request for an agency charge was properly denied *(People v Ortiz,* 76 NY2d 446; *People v Argibay,* 45 NY2d 45, *cert denied sub nom. Hahn-DiGuiseppe v New York,* 439 US 930). Concur—Murphy, P. J., Sullivan, Carro, Kupferman and Rubin, JJ.